IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DARON TUTEN, Individually )
and as the Natural Father of )
H.T., a minor child; and )
JAMIE FINCH, As Natural )
Mother and Conservator of )
H.T., a minor child; )
)
    Plaintiffs, )
)
v. )    CASE NO. CV422-086
)
GENERAL MOTORS LLC, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulated Dismissal with Prejudice. (Doc. 44.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Because all parties have signed the stipulation of dismissal, the parties' request (Doc. 44) is **GRANTED**. Accordingly, at the parties' request, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 1ST day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA